

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00368-CV

**IN RE** Ronald J. **BAZAN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
                Irene Rios, Justice
                Beth Watkins, Justice

Delivered and Filed: June 12, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On May 31, 2019, relator filed a petition for writ of mandamus and a motion for temporary relief. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for temporary relief is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 19-121, styled *In the Interest of B.R.S. and L.J.B., Children*, pending in the 451st Judicial District Court, Kendall County, Texas, the Honorable Stephen B. Ables presiding.